The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>       v.<br><br>ERIC SANFORD,<br><br>                  Defendant. | NO. CR 19-0172JLR<br><br>ORDER CONTINUING TRIAL |

Having considered the record and the parties' March 23, 2020, joint motion, and General Order 02-20 for the Western District of Washington, the Court FINDS that trial in this case cannot proceed on the currently scheduled date of March 24, 2020. For the reasons detailed in the parties' joint motion, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that the parties' joint motion to continue the trial date and other dates is GRANTED.

The trial date of March 24, 2020, is hereby VACATED.

A status hearing is SCHEDULED for June 1, 2020, at 10:30 a.m. At that status hearing, the Court will set a new trial date.

IT IS FURTHER ORDERED that the time between the date of the filing of the parties' joint motion and June 1, 2020, is excluded in computing the time within which trial

1 must commence because the ends of justice served by granting this continuance outweigh the
2 best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
3 Failure to grant this continuance would likely make trial impossible and result in a
4 miscarriage of justice, and would deny counsel for the defendant and government counsel the
5 reasonable time necessary for effective preparation, taking into account the exercise of due
6 diligence. *Id.* § (B)(i), (iv).

Dated this 24th day of March, 2020.

*[signature]*

The Honorable James L. Robart
U.S District Court Judge

Order Continuing Trial
*United States v. Sanford*, CR19-172 JLR – 2