UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-172-JLR |
| Plaintiff, | [PROPOSED] |
| v. | **FINAL ORDER OF FORFEITURE** |
| ERIC SANFORD, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property ("Subject Firearm"):

1. One Smith & Wesson M&P 9 Pro Series Cal. 9 Pistol, Serial No. HKD5011; and
2. Any associated cartridges and ammunition.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On August 7, 2020, the Court entered a Preliminary Order of Forfeiture finding the Subject Firearm forfeitable pursuant to 18 U.S.C. § 924(d)(1), by

Final Order of Forfeiture - 1
*United States v. Sanford*, CR19-172-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

way of 28 U.S.C. § 2461(c), and forfeiting Defendant's interest in it, Dkt. No. 60;

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), Dkt. No. 66, and provided direct notice to Mr. Brian Radziwanowicz as required by Fed. R. Crim. P. 32.2(b)(6)(A);
- Mr. Radziwanowicz filed a claim to the Subject Firearm, Dkt. No. 67, which has been dismissed by the Court on the United States' motion, Dkt. No. 85; and
- The time for filing third-party claims has expired, and no additional claims were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Firearm exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

///

///

///

///

Final Order of Forfeiture - 2
United States v. Sanford, CR19-172-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, Federal Bureau of Investigation, and/or its representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 5th day of Nov., 2021.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/Jehiel I. Baer
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 3
United States v. Sanford, CR19-172-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970